IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CASE NO. 2:18-CR-20021-001

STEVIE RAY GREENWOOD                                                        DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 89) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with a Court Order.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion to Vacate (Doc. 84) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this February 17, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE